DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CESAR MONTOYA,**
Appellant,

v.

**ELIZON MASTER PARTICIPATION TRUST 1 U.S. BANK TRUST
NATIONAL ASSOCIATION AS OWNER TRUSTEE,**
Appellee.

No. 4D19-328

[March 12, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. CACE-15-004226.

Gregory Light of Light & Gonzalez, PLLC, Plantation, for appellant.

Brandi Wilson of Deluca Law Group, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***